# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Neely Nicole Harris, Debtor                    Case No. 23-50740-KMS
                                                                    CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  November 25, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Neely Nicole Harris, Debtor               Case No. 23-50740-KMS
                                                     CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments due to the government shutdown.

3. Debtor is not back at work.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in December 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on November 25, 2025, to:

By Electronic CM/ECF Notice:

      Chapter 13 Case Trustee

      U.S. Trustee

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>NEELY NICOLE HARRIS | CASE NO: 23-50740<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/25/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-50740 |
|---|---|
| NEELY NICOLE HARRIS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/25/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50740
SOUTHERN DISTRICT OF MISSISSIPPI
TUE NOV 25 9-49-1 PST 2025

PRA  RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK  VA 23541-1067

EXCLUDE

(U)THE SECRETARY OF VETERAN AFFAIRS  AN OFFICER

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ACCEPTANCENOW
ATTN BANKRUPTCY
5501 HEADQUARTERS DR
PLANO  TX 75024-5837

ALLIANT CAPITAL MANAGEMENT  HDH
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVENUE  SUITE 400
SEATTLE  WA 98121-3132

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG  SC 29302-2149

BSI FINANCIAL SRVS
ATTN BANKRUPTCY
PO BOX 517
TITUSVILLE  PA 16354-0517

CAPIO PARTNERS  LLC
ATTN BANKRUPTCY
PO BOX 3498
SHERMAN  TX 75091-3498

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KEYSTONE MEDICAL
PO BOX 677864
DALLAS  TX 75267-7864

NAVY FEDERAL CR UNION
820 FOLLIN LANE SE
VIENNA  VA 22180-4907

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

PHH MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH  FL 33416-4605

PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES  LLC
PO BOX 41067
NORFOLK  VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

SANTANDER CONSUMER
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SINGING RIVER
PO BOX 3475
TOLEDO  OH 43607-0475

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA  MS  39568-1618

THE SECRETARY OF VETERAN AFFAIRS  ET AL
BSI FINANCIAL SERVICES  INC
BANKRUPTCY DEPARTMENT
1425 GREENWAY DRIVE  SUITE 400
IRVING  TX 75038-2480

THE SECRETARY OF VETERANS AFFAIRS ET AL
CO PHH MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH  FL 33416-4605

USA HEALTH
PO BOX 746428
ATLANTA  GA 30374-6428

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

NEELY NICOLE HARRIS
14454 AUTUMN CHASE
GULFPORT  MS 39503-5069

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~

~~EXCLUDE~~

~~(P)WARREN A. CUNTZ, JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~