# Proceeding Minutes / Proceeding Memo

**Case #:** 23-50740    **Case Name:** Neely Nicole Harris

**Set:** 02/12/2026 10:00 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter:** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 1/9/2026 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 01/30/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #76)

Response filed by the Debtor (Dkt. #77)

---

Minute Entry Re: (related document(s): [76] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 02/26/2026. Email received from Cuntz's office. (mcc)