## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Neely Nicole Harris, Debtor          Case No. 23-50740-KMS
                                                          CHAPTER 13

### NOTICE

    Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 27, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Neely Nicole Harris, Debtor                     Case No. 23-50740-KMS
                                                         CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on May 24, 2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The Court entered an Order Confirming the Debtor's Chapter 13 Plan on August 9, 2023.
3. The Debtor proposes to modify the confirmed plan by extending the plan term from thirty-six (36) months to forty-two (42) months
4. Since confirmation, the Debtor's financial circumstances have been strained, making it necessary to modify the plan.
5. The proposed modification will allow the Debtor to cure arrearage and maintain plan feasibility while continuing to comply with the provisions of Chapter 13.
6. The modified plan remains feasible and is proposed in good faith.
7. The Debtor is requesting that their Chapter 13 plan payments be determine by the Trustee to ensure timely completion.

WHEREFORE, PREMISES CONSIDERED, the Debtor(s) respectfully request that this Court enter an Order approving the proposed modification to extend the plan term from 36 months to 42 months, and for such other and further relief as the Court deems just and proper.

                              Respectfully submitted

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 27, 2026, to:

By Electronic CM/ECF Notice:

    Chapter 13 case trustee

    U.S. Trustee

                                      <u>/s/ Thomas C. Rollins, Jr.</u>
                                       Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>NEELY NICOLE HARRIS | CASE NO: 23-50740<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/27/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/27/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>NEELY NICOLE HARRIS | CASE NO: 23-50740<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/27/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-50740<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI FEB 27 9-15-3 PST 2026 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | (U)THE SECRETARY OF VETERAN AFFAIRS AN OFFICER |

| EXCLUDE | | |
|---|---|---|
| US BANKRUPTCY COURT<br>DAN M RUSSELL JR US COURTHOUSE<br>2012 15TH STREET SUITE 244<br>GULFPORT MS 39501-2036 | ACCEPTANCENOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-5837 | ALLIANT CAPITAL MANAGEMENT HDH<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE SUITE 400<br>SEATTLE WA 98121-3132 |

| | | |
|---|---|---|
| AMERICAN CREDIT ACCEPTANCE<br>961 EAST MAIN STREET<br>SPARTANBURG SC 29302-2149 | BSI FINANCIAL SRVS<br>ATTN BANKRUPTCY<br>PO BOX 517<br>TITUSVILLE PA 16354-0517 | CAPIO PARTNERS LLC<br>ATTN BANKRUPTCY<br>PO BOX 3498<br>SHERMAN TX 75091-3498 |

| | EXCLUDE | |
|---|---|---|
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (D)(P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEYSTONE MEDICAL<br>PO BOX 677864<br>DALLAS TX 75267-7864 |

| | | |
|---|---|---|
| NAVY FEDERAL CR UNION<br>820 FOLLIN LANE SE<br>VIENNA VA 22180-4907 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |

| | | |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PHH MORTGAGE CORPORATION<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SANTANDER CONSUMER<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 | SINGING RIVER<br>PO BOX 3475<br>TOLEDO OH 43607-0475 |

| | | |
|---|---|---|
| SINGING RIVER HEALTH SYSTEM<br>CO MICHAEL J MCELHANEY JR<br>P O BOX 1618<br>PASCAGOULA MS 39568-1618 | THE SECRETARY OF VETERAN AFFAIRS ET AL<br>BSI FINANCIAL SERVICES INC<br>BANKRUPTCY DEPARTMENT<br>1425 GREENWAY DRIVE SUITE 400<br>IRVING TX 75038-2480 | THE SECRETARY OF VETERANS AFFAIRS ET AL<br>CO PHH MORTGAGE CORPORATION<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 |

| | EXCLUDE | DEBTOR |
|---|---|---|
| USA HEALTH<br>PO BOX 746428<br>ATLANTA GA 30374-6428 | UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | NEELY NICOLE HARRIS<br>14454 AUTUMN CHASE<br>GULFPORT MS 39503-5069 |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~

~~EXCLUDE~~

~~(P)WARREN A. CUNTZ, TI JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~