**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**
**NEELY NICOLE HARRIS**

**CHAPTER 13**
**CASE NO.: 23-50740-KMS**

**ORDER DISMISSING CASE FOR NON-PAYMENT**

**THIS MATTER** came on for consideration of the Trustee's Notice and Motion to Dismiss Case for Non-Payment (Dkt. ), and the Court finding that no timely Response to the Motion was filed, orders and adjudicates as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss Case for Non-Payment (Dkt. ) is granted and Debtor(s) Chapter 13 bankruptcy case is hereby dismissed.

**##END OF ORDER##**

Submitted by:

**Warren A. Cuntz, Jr.**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email: wcuntzcourt@gport13.com