**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Neely Nicole Harris, Debtor** **Case No. 23-50740-KMS**
**CHAPTER 13**

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE FOR NON-PAYMENT**

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Dismiss (dk # 86) as follows:

1. Debtor commenced this case on 05/24/2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor was in a car accident in July which caused her to be off and miss both time and pay from her job.
3. Debtor is actively engaged in gathering the amount needed to bring her plan payments current and hopes to have this payment to the Trustee by the end of October, 2026.
4. Debtor can and will continue making timely plan payments as they become due moving forward.

WHEREFORE, Debtor prays for an Order denying the Motion to Dismiss for Nonpayment and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on October 20, 2026, to:

By Electronic CM/ECF Notice:

Warren Cuntz, Chapter 13 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.