**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**
**NEELY NICOLE HARRIS**

**CHAPTER 13**
**CASE NO.: 23-50740 KMS**

# AGREED ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS (DKT. 86)

**THIS MATTER** came on for consideration of the Trustee's Motion to Dismiss (Dkt. 86) and the Debtor's Response thereto (Dkt. 87), and the Court being advised that the Debtor's case is paid out and the Trustee's Motion to Dismiss is now moot.

**ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss (Dkt. 86) is hereby withdrawn.

**##END OF ORDER##**

**AGREED BY:**

/s/ Warren A. Cuntz, Jr., Trustee
Warren A. Cuntz, Jr.
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

/s/ Thomas Carl. Rollins, Jr., Esq. w/permission
Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor, (MSB #1427)
PO Box 13767
Jackson, MS 39236
(601) 500-5533